Scott S. Thomas
Arizona Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiff
Pulte Home Company, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, an Iowa corporation; et al..<br><br>Defendants. | Case No. 4:23-cv-00167-TUC-CKJ<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT SAFETY NATIONAL CASUALTY CORPORATION** |

Pursuant to F.R.C.P. 41(a), Plaintiff Pulte Home Company, LLC on behalf of itself and as successor by conversion of Pulte Home Corporation ("Pulte"), through counsel,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

hereby dismisses its claims against Defendant Safety National Casualty Corporation, without prejudice, each party to bear its own fees and costs.

DATED: August 7, 2023         PAYNE & FEARS LLP

By   */s/ Scott S. Thomas*
Scott S. Thomas, Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone:  602-344-9549
Facsimile:  602-344-9653

Attorneys for Plaintiff Pulte Home Company, LLC

4882-2097-6501.1