# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendant Wesco Insurance Company, filed on September 11, 2023 (Doc 133), and good cause appearing,

IT IS ORDERED that, pursuant to the Stipulation (Doc. 133), Plaintiff's claims against Defendant Wesco Insurance Company are dismissed <u>with prejudice</u> pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 12th day of September, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge