THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Karen C. Stafford, SBN 030308
kstafford@cavanaghlaw.com
Victoria R. Kelly, SBN 035658
vkelly@cavanaghlaw.com
*Attorneys for Defendant Liberty Mutual Fire Insurance Company, First Liberty Insurance Corporation, Wausau Underwriters Insurance Company And Colorado Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Midwest Family Mutual Insurance Company; et al.,<br><br>Defendants. | **Case No.: 4:23-cv-00167-CKJ**<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANT COLORADO CASUALTY INSURANCE COMPANY ONLY** |

Defendant Colorado Casualty Insurance Company and Plaintiff Pulte Home Company, LLC, on behalf of itself and as successor by conversion of Pulte Home Corporation ("Plaintiff"), hereby stipulate to dismiss the claims against Defendant Colorado Casualty Insurance Company only, without prejudice, each party to bear its own costs and attorneys' fees.

DATED this 20th day of September, 2023.

**THE CAVANAGH LAW FIRM**

By ___s/Victoria R. Kelly___
    Karen C. Stafford
    Victoria R. Kelly

*Attorneys for Defendant Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Wausau Underwriters Insurance Company And Colorado Casualty Insurance Company*

**PAYNE & FEARS LLP**

By <u>Sarah J. Odia, with permission</u>
Scott D. Thomas
Sarah J. Odia
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, the foregoing was filed electronically using the CM/ECF system for filing. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic system. Parties may access this filing through the Court's electronic system.

s/Amy Howard