CHARLES F. RICHARDS (010428)
RICHARDS LAW OFFICE, P.C.
1515 E. Missouri Avenue, Suite 201
Phoenix, AZ 85014-2432
cfr@rlopc.com
602-277-8449
602-277-8447 (fax)

PAMELA DUNLOP GATES (*Pro Hac Vice Admitted -8-30-2023*)
Texas State Bar No. 06239800
CORPORATE LITIGATION
CNA
5801 Headquarters Drive, Suite 750A
Plano, Texas 75024-6189
pamela.dunlopgates@cna.com
214.220.5921 –Direct Dial
214.220.5902 – Facsimile
Attorneys for Defendant National Fire Insurance Company of Hartford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, an Iowa corporation; United Specialty Insurance Company, a Delaware corporation; Knight Specialty Insurance Company, a Delaware corporation; The Cincinnati Indemnity Company, a Delaware corporation; Liberty Mutual Fire Insurance Company, a Wisconsin corporation; Wausau Underwriters Insurance Company, a Wisconsin corporation; Starr Surplus Lines Insurance Company, an Illinois corporation; Endurance American Insurance Company, | Case No. 4:23-cv-00167-CKJ<br><br>**NOTICE OF SETTLEMENT AS TO ALL MATTERS BETWEEN PLAINTIFF AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD**<br><br>(Assigned to the Honorable Cindy K Jorgenson) |

| | |
|---|---|
| 1 | a Delaware corporation; Pennsylvania Lumbermens Mutual Insurance Company, a Pennsylvania corporation; First Mercury Insurance Company, an Illinois corporation; Clarendon National Insurance Company, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; First Specialty Insurance Corporation, a Missouri corporation; Peleus Insurance Company, a Virginia corporation; United Fire & Casualty Company, an Iowa corporation; Wesco Insurance Company, a Delaware corporation; Travelers Property Casualty Co. of America, a Connecticut corporation; The Travelers Indemnity Company of America, a Connecticut corporation; Colorado Casualty Insurance Company, a New Hampshire corporation; National Fire Insurance Company of Hartford, an Illinois corporation; BITCO National Insurance Company, an Illinois corporation; James River Insurance Company, an Ohio corporation; NGM Insurance Company, a Florida corporation; Valley Forge Insurance Company, a Pennsylvania corporation; Allied World Assurance Company (US) Inc., a Delaware corporation; Twin City Fire Insurance Company, an Indiana corporation; Safety National Casualty Corporation, a Missouri corporation; and QBE Insurance Corporation, a Pennsylvania corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Defendants. |
| 24 | Pulte Home Company, LLC ("Pulte") and National Fire Insurance Company of |
| 25 | Hartford ("National Fire"), by and through their undersigned counsel, hereby notify the |
| 26 | Court that all issues in this lawsuit have been settled between Pulte and National Fire.  All |
| 27 | requirements for final settlement are expected to be completed within 45 days of this |
| 28 | |

1  Notice and, within that time, the parties expect that Pulte will file with the Court a
2  voluntary stipulation of dismissal of National Fire with prejudice.
3  Dated this 21st day of November, 2023

Respectfully submitted,

PAYNE & FEARS LLP

 /s/ Sarah J. Odia
Scott S. Thomas, Bar No. 21-275
Sarah J. Odia, Bar No. 21-279
PAYNE & FEARS LLP
4 Park Plaza, Suite I I 00
Irvine, California 92614
Phone (949) 851-1100
Fax (949) 851-1212
sst@paynefears.com
sjo@paynefears.com
Attorneys for Plaintiff, Pulte Home Company, LLC

-AND –

RICHARDS LAW OFFICE, P.C.

By: /s/ Charles F. Richards
CHARLES F. RICHARDS
1515 E. Missouri Avenue, Suite 201
Phoenix, AZ 85014-2432
Attorneys for Defendant National Fire Insurance Company of Hartford

Of Counsel:
Pamela Dunlop Gates (*Pro Hac Vice Admitted 08-30-2023*)
CORPORATE LITIGATION
CNA
5801 Headquarters Drive, Suite 750A
Plano, Texas 75024-6189
pamela.dunlopgates@cna.com
214.220.5921 –Direct Dial
214.220.5902 – Facsimile
Attorneys for Defendant National Fire Insurance Company of Hartford

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2023, I electronically transmitted the foregoing *Notice of Settlement as to All Matters Between Plaintiff and National Fire Insurance Company of Hartford* to the Clerk's Office using the United States District Court for the District of Arizona's CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following, who are CM/ECF registrants:

| | |
|---|---|
| Sarah J. Odia, Esq.<br>Scott S. Thomas, Esq.<br>PAYNE & FEARS LLC<br>2375 East Camelback Road, 6th Floor<br>Phoenix, AZ 85016<br>T: 602.344.9549<br>F: 602.344.9653<br>sjo@paynefears.com<br>sst@paynefears.com | Attorneys for Pulte Homes Company, LLC |
| Brent R. Phillips, Esq.<br>PHILLIPS LAW CORPORATION<br>112 North Central Avenue, 1st Floor<br>Phoenix, AZ 85004<br>T: 602.258.0110<br>F: 714.586.5499<br>bphillips@phillipslawcorporation.com | Attorneys for Midwest Family Mutual Insurance Company; Starr Surplus Lines Insurance Company |
| Amy M. Samberg, Esq.<br>Amanda R. Hough, Esq.<br>CLYDE & CO. US LLP<br>400 East Van Buren Street, Suite 440<br>Phoenix, AZ 85004<br>T: 480.746.4562<br>F: 480.746.4556<br>amy.samberg@clydeco.us<br>amanda.hough@clydeco.us | Attorneys for Travelers Property Casualty Co. of America; The Travelers Indemnity Company of America; United Fire & Casualty Company |
| Christopher J. Bork, Esq.<br>Gary L. Hudson, Jr., Esq.<br>CHILDERS HANLON & HUDSON, PLC<br>722 East Osborn Road, Suite 100<br>Phoenix, AZ 85014<br>T: 602.254.1444<br>F: 602.266.0691<br>cbork@chhazlaw.com<br>glhudson@chhazlaw.com | Attorneys for The Cincinnati Specialty Underwriters Insurance Company |

| | | |
|---|---|---|
| 1 | Lesley W. Robertson, Esq. | Attorneys for Clarendon National Insurance Company |
| 2 | ROBERTSON & ASSOCIATES, APC | |
| | 550 West C Street, Suite 580 | |
| 3 | San Diego, CA 92101 | |
| | T: 619.531.7000 | |
| 4 | F: 619.531.7007 | |
| 5 | lrobertson@robertsonapc.com | |
| 6 | Jennifer M. Bahling, Esq. | Attorneys for NGM Insurance Company |
| | Kevin C. Barrett, Esq. | |
| 7 | BARRETT & MATURA, P.C. | |
| 8 | 8925 East Pima Center Parkway, Suite 215 | |
| | Scottsdale, AZ 85258 | |
| 9 | T: 602.792.5705 | |
| | F: 602.792.5710 | |
| 10 | kbarrett@barrettmatura.com | |
| 11 | jbahling@barrettmatura.com | |
| 12 | Laleaque Grad, Esq. | Attorneys for First Specialty Insurance Corporation |
| 13 | SKANE MILLS LLP | |
| | 600 B Street, Suite 1500 | |
| 14 | San Diego, CA 92101 | |
| 15 | T: 619.702.1635 | |
| | F: 619.702.1645 | |
| 16 | lgrad@skanemills.com | |
| 17 | Megan E. Ritenour, Esq. | Attorneys for Peleus Insurance Company |
| | Jay R. Graif, Esq. | |
| 18 | FREEMAN, MATHIS & GARY, LLP | |
| 19 | 4343 North Scottsdale Road, Suite 150 | |
| | Scottsdale, AZ 85251 | |
| 20 | T: 602.805.9564 | |
| 21 | megan.ritenour@fmglaw.com | |
| | jay.graif@fmglaw.com | |
| 22 | | |
| 23 | Josh I. Keane, Esq. | Attorneys for United Specialty Insurance Company and Knight Specialty Insurance Company |
| | BLAU │ KEANE LAW GROUP, P.C. | |
| 24 | 128 Center Street | |
| | El Segundo, CA 90245 | |
| 25 | T: 310.410.1900 | |
| 26 | F: 310.410.1901 | |
| | josh@blaulaw.net | |
| 27 | elena@blaulaw.net | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Jennifer Rebholz, Esq. | Attorneys for Allied World Assurance Company (US) Inc. |
| 2 | John H. Podesta, Esq. | |
|   | Kimberly D. Pye, Esq. | |
| 3 | WILSON ELSER MOSKOWITZ | |
|   |     EDELMAN & DICKER | |
| 4 | 2231 East Camelback Road, Suite 200 | |
| 5 | Phoenix, AZ 85016 | |
|   | T: 480.562.3674 | |
| 6 | F: 480.562.3659 | |
| 7 | jennifer.rebholz@wilsonelser.com | |
|   | john.podesta@wilsonelser.com | |
| 8 | kimberly.pye@wilsonelser.com | |
| 9 | | |
|   | Jasmina Richter, Esq. | Attorneys for James River Insurance Company |
| 10 | SANDERS + PARKS | |
|   | 3030 North Third Street, Suite 1300 | |
| 11 | Phoenix, AZ 85012 | |
| 12 | T : 602-532-5779 | |
|   | F: 602-230-5035 | |
| 13 | Jasmina.Richter@sanderparks.com | |
| 14 | | |
|   | Gustavo A. Otalvora, Esq. | Attorneys for BITCO National Insurance Company |
| 15 | BATESCAREY LLP | |
|   | 191 North Wacker, Suite 2400 | |
| 16 | Chicago, IL 60606 | |
| 17 | gotalvora@batescarey.com | |
| 18 | Karen C. Stafford, Esq. | Attorneys for Liberty Mutual Fire Insurance Company, Wausau Underwriters Insurance Company; First Mercury Insurance Company |
|   | Victoria R. Kelly, Esq. | |
| 19 | THE CAVANAGH LAW FIRM, P.A. | |
|   | 1850 North Central Avenue, Suite 1900 | |
| 20 | Phoenix, AZ 85004 | |
| 21 | T: 602.322.4000 | |
|   | kstafford@cavanaghlaw.com | |
| 22 | vkelly@cavanaghlaw.com | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Elizabeth S. Fitch, Esq.<br>Melissa Lin, Esq.<br>RIGHI FITCH LAW GROUP<br>2999 North 44th Street, Suite 215<br>Phoenix, AZ 85018<br>T: 602.385.6776<br>F: 602.385.6777<br>beth@righilaw.com<br>melissa@righilaw.com | Attorneys for Endurance American Insurance Company |
| Charles F. Richards, Jr., Esq.<br>Richards Law Office, P.C.<br>1515 East Missouri Avenue, Suite 201<br>Phoenix, AZ 85014<br>T: 602.277.8449<br>F: 602.277.8447<br>cfr@rlopc.com | Attorneys for National Fire Insurance Company of Hartford and Valley Forge Insurance Company |
| Pamela Dunlop Gates, Esq.<br>CNA Corporate Litigation<br>Plaza of the Americas<br>700 North Pearl Street, Suite 450<br>Dallas, TX 75201<br>T: 214.220.5921<br>F: 214.220.5902<br>pamela.dunlopgates@cna.com | |

    /s/ Pamela Dunlop Gates
    Pamela Dunlop Gates