# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Plaintiff Pulte Home Company, LLC, on behalf of itself and as successor by conversion of Pulte Home Corporation ("Plaintiff") and Defendant QBE Insurance Corporation, by and through their respective attorneys of record, having entered into a Stipulation to Dismiss Plaintiff's Claims Against Defendant QBE Insurance Corporation, filed on December 6, 2023, and good cause appearing,

**Accordingly,**

**IT IS ORDERED**, pursuant to the Stipulation to Dismiss (Doc. 157), that Plaintiff's claims against Defendant QBE Insurance Corporation, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 7th day of December, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge