| | |
|---|---|
| 1 | THE CAVANAGH LAW FIRM |
| 2 | A Professional Association |
| | 1850 NORTH CENTRAL AVENUE |
| 3 | SUITE 1900 |
| | PHOENIX, ARIZONA 85004-4527 |
| 4 | (602) 322-4000 |

THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Karen C. Stafford, SBN 030308
kstafford@cavanaghlaw.com
Victoria R. Kelly, SBN 035658
vkelly@cavanaghlaw.com
*Attorneys for Defendant Liberty Mutual Fire Insurance Company, First Liberty Insurance Corporation, Wausau Underwriters Insurance Company And Colorado Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Midwest Family Mutual Insurance Company; et al.,<br><br>Defendants. | **Case No.: 4:23-cv-00167-CKJ**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendants Liberty Mutual Fire Insurance Company and First Liberty Insurance Company ("Liberty"), and Wausau Underwriters Insurance Company ("Wausau") hereby notify the Court that Liberty and Plaintiff have reached a settlement in the above-referenced matter. Counsel for these parties are in the process of preparing settlement documents and will file a Stipulation to Dismiss all claims against Defendants Liberty and Wausau with prejudice, each party to bear its own costs and attorneys' fees, upon execution of the settlement documents. The parties also respectfully request all pending deadlines and hearings in this matter be vacated, as they pertain to Defendants Liberty and Wausau.

DATED this 2nd day of February, 2024.

**THE CAVANAGH LAW FIRM**

By  s/*Karen C. Stafford*
   Karen C. Stafford
   Victoria R. Kelly
   *Attorneys for Defendant Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Wausau Underwriters Insurance Company And Colorado Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, the foregoing was filed electronically using the CM/ECF system for filing. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic system. Parties may access this filing through the Court's electronic system.

 s/Amy Howard