THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Karen C. Stafford, SBN 030308
kstafford@cavanaghlaw.com
Victoria R. Kelly, SBN 035658
vkelly@cavanaghlaw.com
*Attorneys for Defendant First Mercury Insurance Company*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Midwest Family Mutual Insurance Company; et al.,<br><br>Defendants. | Case No.: 4:23-cv-00167-CKJ<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendant First Mercury Insurance Company ("FMIC"), hereby notify the Court that FMIC and Plaintiff have reached a settlement in the above-referenced matter. Counsel for these parties are in the process of preparing settlement documents and will file a Stipulation to Dismiss all claims against Defendant First Mercury Insurance Company with prejudice, each party to bear its own costs and attorneys' fees, upon execution of the settlement documents. The parties also respectfully request all pending deadlines and hearings in this matter be vacated, as they pertain to Defendant FMIC.

DATED this 14th day of February, 2024.

**THE CAVANAGH LAW FIRM**

By  s/Karen C. Stafford
Karen C. Stafford
Victoria R. Kelly
*Attorneys for First Mercury Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, the foregoing was filed electronically using the CM/ECF system for filing. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic system. Parties may access this filing through the Court's electronic system.

s/Amy Howard