Scott S. Thomas
Arizona Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiff
Pulte Home Company, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, an Iowa corporation; et al..<br><br>Defendants. | Case No. 4:23-cv-00167-TUC-CKJ<br><br>**NOTICE OF SETTLEMENT AS BETWEEN PLAINTIFF AND DEFENDANT PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY** |

Plaintiff Pulte Home Company, LLC ("Pulte") and Defendant Pennsylvania Lumbermens Mutual Insurance Company, through their undersigned counsel, hereby notify the Court that all issues in this matter have been settled between the parties. All requirements for final settlement are expected to be completed within 45 days of this

/ / /

/ / /

/ / /

/ / /

1  Notice and, within that time, the parties expect that Pulte will file with the Court a
2  voluntary notice of dismissal with prejudice.

3  DATED: February 26, 2024          PAYNE & FEARS LLP

By  */s/ Scott S. Thomas*
Scott S. Thomas, Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone:  602-344-9549
Facsimile:  602-344-9653

Attorneys for Plaintiff Pulte Home Company, LLC

4855-0264-4393.1