IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendants National Fire Union Insurance Company of Hartford and Valley Forge Insurance Company, filed on February 22, 2024 (Doc. 170), and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that pursuant to the Stipulation (Doc. 170), Plaintiff's claims against Defendants National Fire Union Insurance Company of Hartford and Valley Forge Insurance Company, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 7th day of March, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge