# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Having considered the parties Joint Stipulated Motion to Extend the Deadline to Dismiss the Liberty Mutual Defendants, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that, pursuant to the stipulation (Doc. 171), the Plaintiff and Defendants Liberty Mutual Fire Insurance Company, First Liberty Insurance Company, and Wausau Underwriters Insurance Company (collectively "the Liberty Defendants") may have until March 30, 2024 to file a stipulation to dismiss the Liberty Defendants from this action.

Dated this 7th day of March, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge