Scott S. Thomas
Arizona Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiff
Pulte Home Company, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, an Iowa corporation; et al..<br><br>Defendants. | Case No. 4:23-cv-00167-TUC-CKJ<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY** |

Pursuant to F.R.C.P. 41(a), Plaintiff Pulte Home Company, LLC, through counsel, hereby dismisses its claims against Defendant Pennsylvania Lumbermens Mutual Insurance Company, with prejudice, each party to bear its own fees and costs.

DATED: March 14, 2024          PAYNE & FEARS LLP

By: */s/ Scott S. Thomas*
Scott S. Thomas, Bar No. 031418
sst@paynefears.com
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Attorneys for Plaintiff Pulte Home Company, LLC