# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, et al.,<br><br>        Defendants. | No. CV-23-00167-TUC-CKJ<br><br>**ORDER** |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendants United Specialty Insurance Company and Knight Specialty Insurance Company, filed on March 14, 2024 (Doc. 176), and good cause appearing,

**IT IS ORDERED** that Plaintiff's claims against Defendants United Specialty Insurance Company and Knight Specialty Insurance Company, as asserted in Plaintiff's First Amended Complaint filed in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 29th day of March, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge