# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

The Court finding good cause,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendant The Cincinnati Specialty Underwriters Insurance Company (Doc. 183), that Plaintiff's claims against Defendant The Cincinnati Specialty Underwriters Insurance Company, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 8th day of April, 2024.

_Cindy K. Jorgenson_
Honorable Cindy K. Jorgenson
United States District Judge