**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, et al.,<br><br>　　　　　　Defendants. | No. CV-23-00167-TUC-CKJ<br><br>**ORDER** |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendant First Specialty Insurance Corporation, and good cause appearing,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 188), that Plaintiff's claims against Defendant First Specialty Insurance Corporation, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 18th day of April, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge