**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendant Endurance American Specialty Insurance Company ("Endurance"), incorrectly named as Endurance American Insurance Company, filed on April 10, 2024 (Doc. 189), and good cause appearing,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 189), the Plaintiff's claims against Defendant Endurance American Specialty Insurance Company ("Endurance"), incorrectly named as Endurance American Insurance Company, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 18th day of April, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge