**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Having considered the parties Joint Stipulated Motion to Extend the Deadline to Dismiss Defendant First Mercury Insurance (Second Request), and good cause appearing,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Joint Stipulation, (Doc. 195), that Plaintiff and Defendant First Mercury Insurance Company ("FMICs") may have until May 22, 2024 to file a stipulation to dismiss the Defendant First Mercury Insurance Company from this action.

Dated this 2nd day of May, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge