**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, et al.,<br><br>        Defendants. | No. CV-23-00167-TUC-CKJ<br><br>**ORDER** |

Having considered the Stipulation to Dismiss the Defendants Liberty Mutual Fire Insurance Company and First Liberty Insurance Company ("Liberty"), and Wausau Underwriters Insurance Company ("Wausau") (collectively "the Liberty Defendants"), and good cause appearing,

**Accordingly,**

**IT IS ORDERED**, pursuant to the Stipulation (Doc. 191), dismissing the claims against the Liberty Defendants (Liberty Mutual Fire Insurance Company; First Liberty Insurance Company; Wausau Underwriters Insurance Company) only, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 2nd day of May, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge