# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendants Travelers Property Casualty Co. of America and The Travelers Indemnity Company of America, filed on May 9, 2024, and good cause appearing,

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 198), that Plaintiff's claims against Defendants Travelers Property Casualty Co. of America and The Travelers Indemnity Company of America, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 14th day of May, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge