**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC,<br><br>Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, et al.,<br><br>Defendants. | No. CV-23-00167-TUC-CKJ<br><br>**ORDER** |

Pursuant to the Stipulation to Dismiss Plaintiff's Claims Against Defendant James River Insurance Company and good cause appearing,

**IT IS ORDERED** that pursuant to the Stipulation, filed on May 21, 2024 (Doc. 202), Plaintiff's claims against Defendant James River Insurance Company, as asserted in Plaintiff's First Amended Complaint (Doc. 39), in the instant matter, Case No. 4:23-cv-00167-TUC-CKJ, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated this 1st day of July, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge