**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

Having considered the Stipulation to Dismiss First Mercury Insurance Company Only, and good cause appearing,

**IT IS ORDERED**, pursuant to the Stipulation (Doc. 201), dismissing the claims against First Mercury Insurance Company with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 1st day of July, 2024.

Honorable Cindy K. Jorgenson
United States District Judge