Scott S. Thomas
Arizona Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiff
Pulte Home Company, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, on behalf of itself and as successor by conversion of Pulte Home Corporation, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, an Iowa corporation; et al..<br><br>Defendants. | Case No. 4:23-cv-00167-TUC-CKJ<br><br>**NOTICE REGARDING SETTLEMENTS** |

Pursuant to the parties' Joint Status Report, filed March 15, 2024 (Doc. 178), please be advised that the parties are actively working on finalizing settlement documents and need an additional 30 days to complete all dismissals. The only party who has not been dismissed is Defendant, Peleus Insurance Company. Plaintiffs have settled with Peleus, but are awaiting Peleus's settlement funds. Plaintiff hereby provides the Court with an update addressing the parties' settlements.

The following dismissals have already been filed with the Court:

1. Defendant Twin City Fire Insurance Company has been dismissed without prejudice pursuant to Doc. 98;

2. Defendant Safety National Casualty Corporation has been dismissed without

prejudice pursuant to Doc. 107;

      3.      Defendant Wesco Insurance Company has been dismissed with prejudice pursuant to Doc. 134;

      4.      Defendant Colorado Casualty Insurance Company has been dismissed without prejudice pursuant to Doc. 137;

      5.      Defendant Cincinnati Specialty Underwriters Insurance Company has been dismissed with prejudice pursuant to Doc. 142 and 186;

      6.      Defendant BITCO National Insurance Company has been dismissed with prejudice pursuant to Doc. 158;

      7.      Defendant QBE Insurance Corporation has been dismissed with prejudice pursuant to Doc. 159;

      8.      Defendant Midwest Family Mutual Insurance Company has been dismissed with prejudice pursuant to Doc. 169;

      9.      Defendant National Fire Insurance Company of Hartford has been dismissed with prejudice pursuant to Doc. 174;

      10.     Defendant Valley Forge Insurance Company has been dismissed with prejudice pursuant to Doc. 174;

      11.     Defendant Pennsylvania Lumbermens Mutual Insurance Company has been dismissed with prejudice pursuant to Doc. 177;

      12.     Defendant United Specialty Insurance Company has been dismissed with prejudice pursuant to Doc. 181;

      13.     Defendant Knight Specialty Insurance Company has been dismissed with prejudice pursuant to Doc. 181;

      14.     Defendant NGM Insurance Company has been dismissed with prejudice pursuant to Doc. 187;

      15.     Defendant First Specialty Insurance Corporation has been dismissed with prejudice pursuant to Doc. 192;

      16.     Defendant Endurance American Specialty Insurance Company, incorrectly

PAYNE & FEARS LLP
ATTORNEYS AT LAW
2375 EAST CAMELBACK ROAD, 6TH FLOOR
PHOENIX, ARIZONA 85016
(602) 344-9549

named as Endurance American Insurance Company, has been dismissed with prejudice pursuant to Doc. 193;

17. Defendant Starr Surplus Lines Insurance Company has been dismissed with prejudice pursuant to Doc. 194;

18. Defendant Liberty Mutual Fire Insurance Company has been dismissed with prejudice pursuant to Doc. 197;

19. Defendant Wausau Underwriters Insurance Company has been dismissed with prejudice pursuant to Doc. 197;

20. Defendant Allied World Assurance Company (US) Inc. is expecting to be dismissed with prejudice pursuant to Doc. 199;

21. Defendant Travelers Property Casualty Co. of America has been dismissed with prejudice pursuant to Doc. 200;

22. Defendant The Travelers Indemnity Company of America has been dismissed with prejudice pursuant to Doc. 200;

23. Defendant Clarendon National Insurance Company, as successor in interest by way of merger with Sussex Insurance Company fka Companion Property and Casualty Insurance Company has been dismissed pursuant to Doc. 205;

24. Defendant James River Insurance Company has been dismissed with prejudice pursuant to Doc. 206;

25. Defendant Allied World Assurance Company (US) Inc. has been dismissed with prejudice pursuant to Doc. 207;

26. Defendant First Mercury Insurance Company has been dismissed with prejudice pursuant to Doc. 208;

27. Defendant United Fire & Casualty Company has been dismissed with prejudice pursuant to Doc. 210;

/ / /

/ / /

Plaintiff anticipates filing the final dismissal for Defendant Peleus Insurance Company within the next 30 days. The settlement has made progress, but not yet complete.

DATED: July 16, 2024                    PAYNE & FEARS LLP

By  */s/ Scott S. Thomas*
Scott S. Thomas, Bar No. 031418
sst@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016

Attorneys for Plaintiff Pulte Home Company, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2024, a true and correct copy of **NOTICE REGARDING SETTLEMENTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP