# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, | No. CV-23-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Midwest Family Mutual Insurance Company, et al., | |
| Defendants. | |

**IT IS ORDERED** that all Defendants having been dismissed pursuant to agreements by the parties, the Clerk of the Court shall close this case.

Dated this 6th day of August, 2024.

Honorable Cindy K. Jorgenson
United States District Judge